UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
      - v. -                  :   No. 1:09-cr-00064-RWR
                              :
FRASER VERRUSIO,              :
                              :
            Defendant.        :
- - - - - - - - - - - - - - - x
```

## VERDICT

### Count One: Conspiracy

With respect to Count One, conspiracy, we the jury unanimously have found the defendant

NOT GUILTY    _____

GUILTY        ____✓_____

### Count Two: Illegal Gratuity

With respect to Count Two, accepting an illegal gratuity, we the jury unanimously have found the defendant

NOT GUILTY    _____

GUILTY        ____✓_____

## Count Three: False Statement

With respect to Count Three, making a false statement, we the jury unanimously have found the defendant

NOT GUILTY   _____

GUILTY       ____✓_____

2/10/11
_____
Date                                      Foreperson